FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2006 SEP 26 A 11: 45

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.                            Case No. 3:98-cr-166-J-25TEM

LAWRENCE HOLMAN

_____/

**SUPERVISED RELEASE REVOCATION**
**and**
**JUDGMENT AND COMMITMENT**

On September 26, 2006, Don Pashayan, Assistant United States Attorney, and the Defendant, LAWRENCE HOLMAN, appeared in person and with his counsel, Roland Falcon, for a hearing on the Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 739, filed February 2, 2006).

The Defendant, having heretofore been convicted on April 2, 1999, in Case No. 98-166-CR-J-21C, of offense charged, to wit: Conspiracy to distribute cocaine and cocaine base, in violation of 21 U.S.C. § 846, as charged in Count One of the Indictment; and was sentenced to be imprisoned for a term of 100 months; and was placed on supervised release for a term of five (5) years;

And now the Probation Office of this Court reporting to the Court, and the Court finding that the Defendant violated the terms of said supervised release, all of which being considered,

**IT IS ORDERED:**

1. The Petition for Warrant or Summons for Offender Under Supervised Release (Doc. No. 739, filed February 2, 2006) is **GRANTED**, and the term of supervised release is revoked.

2. The Defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **60 months, to run consecutively to the term of imprisonment (46 months) imposed in Case No. 3:06-cr-14-J-20MCR.**

3. The Defendant is remanded to the custody of the United States Marshal to await designation of the institution. The Court recommends FCI Jesup, GA and the intensive substance abuse program.

**DONE AND ORDERED** at Jacksonville, Florida, this 26rt day of September, 2006.

HARVEY E. SCHLESINGER
United States District Judge

Copies to:
Don Pashayan, Esq.
Roland Falcon, Esq.
United States Marshal (4)
U. S. Bureau of Prisons
U. S. Probation Office